# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JAMES L. TOWNES Jr.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:25-MJ-7121-SPM<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 21, 2025-June 9, 2025 in the county of ST. LOUIS COUNTY in the EASTERN District of MISSOURI, the defendant(s) violated:

*Code Section - Offense Description*

mail fraud, Title 18, United States Code, Section 1341 and aggravated identity theft, Title 18, United States Code, Section 1028A

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

REBECCA NICKELL Digitally signed by REBECCA NICKELL Date: 2025.06.10 11:14:35 -05'00'

*Complainant's signature*

Rebecca Nickell, SA

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date: 06/10/2025

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*

**AUSA**: Tracy L. Berry