IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| JAMES L. TOWNES, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Acting United States Attorney for the Eastern District of Missouri, and Tracy L. Berry, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. As a result of allegations that Defendant committed attempted to fraudulently obtain title to a home located in the Eastern District of Missouri, Defendant is charged with mail fraud, Title 18, United States Code, Section 1341, and aggravated identity theft, Title 18, United States Code, Section 1028A.

2. Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against defendant and defendant's history and characteristics support detention.

3. Defendant poses a serious risk of flight because he removed his electronic monitoring device when released on bond in *State of Missouri v. James Townes Jr.*, 24SL-CR04358 on May 15, 2025 and has a criminal history that contains a conviction for false impersonation of a law enforcement officer.

4. While Defendant possesses substantial ties in the Eastern District of Missouri, he has used them in the past to abscond from custody.

WHEREFORE, the Government is unaware of any conditions or combination of conditions that will reasonably assure defendant's appearance as required, the Government requests this Court to order Defendant detained pending trial.

Respectfully submitted,


MATTHEW T. DRAKE
Acting United States Attorney

s/Tracy L. Berry
TRACY L. BERRY 014753 TN
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63l02
(314) 539-2200